# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

### VIA VIDEO CONFERENCE

**Case No.:** 1:20CR46  **Date:** 2/16/2021

| | |
|---|---|
| **Defendant:** Brian Parks, Bond<br>MedFit Sarmacuticals, Inc. | **Counsel:** Christopher Mead, Retained |

PRESENT:
- JUDGE: James P. Jones
- Deputy Clerk: Felicia Clark
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Speare Hodges
- USPO: Jeremy Keller
- Case Agent: Michael Kurisky

TIME IN COURT: 2:31 – 3:20 p.m.
Total: 49 minutes

**\*Defendant consented to video conference\***

**PROCEEDINGS:**

☒ No Objections to Presentence Report.

☒ No evidence presented by counsel. Oral argument by counsel as to the appropriate sentence to be imposed in this case.

☒ Court adopts Presentence Report.

☒ Allocutions.

**MetFit Sarmacuticals, Inc. Sentence Imposed:**

**Probation: 1 year**
**Special Assessment: $400.00**

SENTENCE IMPOSED AS FOLLOWS **as to Brian Parks:**

CBOP: 12 months and 1 day

SR: 1 year - comply w/Standard, Mandatory & Special Conditions.
   ☒ Mandatory drug testing suspended.

SA: $100.00 due immediately.
FINE: Waived
REST: N/A

SPECIAL CONDITIONS OF SUPERVISION **as to Brian Parks:**

☒ The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

☒ The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

☒ The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas

to be searched contain evidence of this violation.

PAYMENT SCHEDULE:

**As to Brian Parks:**

☒ A lump sum payment of $100.00 is due immediately.

ADDITIONAL RULINGS:

**As to Brian Parks:**

☒ Defendant shall forfeit his interest in the property listed in the Order of Forfeiture entered on 2/16/2021.
☒ Order of Forfeiture shall be made a part of the judgment in this case.
☒ Defendant advised of right to appeal.
☒ Defendant to remain on bond and self report:

    ☒ to the institution designated by the Bureau of Prisons as directed by the U. S. Marshal after 7/1/21.

*Defendant to remain on his current bond pending designation by the BOP.